**Order filed August 18, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00879-CR

_____

**JOSE FLORES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Criminal Court at Law No. 7**
**Harris County, Texas**
**Trial Court Cause No. 2012199**

---

## ORDER

Appellant is represented by retained counsel, Audley H. Heath. No reporter's record has been filed in this case. Vanessa Owens, the assigned court reporter, informed this court that appellant had not made arrangements for payment for the reporter's record. On July 21, 2016, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we issue the following order:

We ORDER appellant's retained counsel, Audley H. Heath, to file a brief in this appeal on or before September 19, 2016. If Audley H. Heath does not timely file the brief as ordered, we will issue an order requiring the trial court to hold a hearing to determine why the brief has not been filed.


PER CURIAM